United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Helen Swartz, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-24618-Civ-Scola |
| | ) | |
| BCC Hotel LLC, Defendant. | ) | |

### Order Approving Consent Decree And Dismissing Case

    This matter is before the Court upon the parties' Joint Motion to Approve Consent Decree. (ECF No. 11.) The Court finds the Consent Decree to be fundamentally fair, adequate, and reasonable to improve and provide access for persons with disabilities to the property at issue, and to otherwise meet the purpose of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. However, the Court does not express any opinion regarding the Confidential Settlement Agreement referenced in the Consent Decree. The Parties have not submitted the Confidential Settlement Agreement to the Court, and it is therefore not incorporated by reference into the Consent Decree or this Order. Any dispute related to the Confidential Settlement Agreement is a matter separate and apart from the Court's enforcement, if needed, of the Consent Decree.

    Accordingly, it is **ordered and adjudged** that the parties' joint motion is **granted**. (**ECF No. 11**.)

    Consistent with the above, the parties have agreed to dismiss this action with prejudice, in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Court reserves jurisdiction to enforce the parties' Consent Decree. The **Clerk** is directed to **close** this case. All pending motions, if any are **denied as moot**.

    **Done and ordered** at Miami, Florida, on January 12, 2021.

_____
Judge Robert N. Scola, Jr.
United States District Judge