United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Helen Swartz, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-24618-Civ-Scola |
| | ) |
| BCC Hotel LLC, Defendant. | ) |

**Order Approving Amended Consent Decree and Dismissing Case**

    This matter is before the Court upon the parties' Joint Motion to Approve Amended Consent Decree. (ECF No. 15.) On January 12, 2021, the Court entered an order approving the parties' consent decree, dismissing this suit brought under the Americans with Disabilities Act, and retaining jurisdiction to enforce the consent decree. (ECF No. 13.) The parties now return to the Court, asking the Court to approve an amended consent decree, as E. Miami Hotel Owner LLC has purchased the property at issue in this case from the Defendant, and E. Miami Hotel Owner LLC, as the successor-in-interest to the Defendant, wishes to assume the obligations set forth in the amended consent decree.

    The Court finds the amended consent decree to be fundamentally fair, adequate, and reasonable to improve and provide access for persons with disabilities to the property at issue and to otherwise meet the purpose of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. However, as previously noted, the Court does not express any opinion regarding the settlement agreement referenced in the amended consent decree. The Parties have not submitted the settlement agreement to the Court, and it is therefore not incorporated by reference into the amended consent decree or this Order. Any dispute related to the settlement agreement is a matter separate and apart from the Court's enforcement, if needed, of the amended consent decree.

    Accordingly, it is **ordered and adjudged** that the parties' joint motion is **granted**. (**ECF No. 15**.) The Court reserves jurisdiction to enforce the parties' amended consent decree. The **Clerk** is directed to **close** this case. All pending motions, if any are **denied as moot**.

**Done and ordered** at Miami, Florida, on June 27, 2022.

_____
Judge Robert N. Scola, Jr.
United States District Judge